01

02

03

04

05

06        UNITED STATES DISTRICT COURT
      WESTERN DISTRICT OF WASHINGTON
07                AT SEATTLE

08  UNITED STATES OF AMERICA,          )
                                       )    CASE NO. MJ 10-491
09          Plaintiff,                 )
                                       )
10      v.                             )
                                       )    DETENTION ORDER
11  ANDRES RENE RODRIGUEZ,             )
                                       )
12          Defendant.                 )
    _____ )

13

14  <u>Offense charged</u>:        Distribution of Oxycodone; Felon in Possession of a Firearm

15  <u>Date of Detention Hearing</u>:    December 3, 2010

16          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18  that no condition or combination of conditions which defendant can meet will reasonably assure

19  the appearance of defendant as required and the safety of other persons and the community.

20          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

21          1.      Defendant has been charged with a drug offense the maximum penalty of which

22  is in excess of ten years.  There is therefore a rebuttable presumption against defendant as to both

DETENTION ORDER                                                              PAGE 1

01   dangerousness and flight risk, under 18 U.S.C. §3142(e).

02   2.      Defendant has a lengthy criminal record with multiple failures to appear. His

03   record includes assault charges, VUCSA, Burglary, and firearms charges.  Pretrial Services

04   reports that defendant is associated with two dates of birth and at least eight name variations.

05   3.      The government contends that defendant is an active gang member, and proffers

06   photographs from defendant's social network page that remained posted as of November 21,

07   2010.  The AUSA proffers that defendant was wearing indicia of gang involvement when

08   arrested.  Defendant admits that he was a gang member in the past, but is no longer.  The AUSA

09   also proffers that defendant is a suspect in an active homicide investigation by the Seattle Police

10   Department in which the victim was allegedly shot with the same type of firearm as found in

11   defendant's room after execution of a search warrant.

12   4.      The government also argues that defendant poses a particular danger to the

13   informant in this case, contending that the informant's identity is known to the defendant.  A t-

14   shirt was found in defendant's room with a "Stop Snitching" logo depicting images of bullet

15   holes and bloodstains.  Defendant is seen wearing the t-shirt in one of the photos from his social

16   network page.

17   5.      Defendant, age 25, is unemployed and has only been marginally employed at best.

18   He reports not having a stable residence in approximately three years.  His mother advises that

19   he may live with her, but her fiancé, with whom she lives, refused to allow a criminal records

20   check.  Although defendant reports having no income, he has been seen driving a Jaguar.

21   6.      Taken as a whole, the record does not effectively rebut the presumption that no

22   condition or combination of conditions will reasonably assure the appearance of the defendant

DETENTION ORDER                                                                          PAGE 2

01   as required and the safety of the community.

02   It is therefore ORDERED:

03          (1)     Defendant shall be detained pending trial and committed to the custody of the

04                  Attorney General for confinement in a correction facility separate, to the extent

05                  practicable, from persons awaiting or serving sentences or being held in custody

06                  pending appeal;

07          (2)     Defendant shall be afforded reasonable opportunity for private consultation with

08                  counsel;

09          (3)     On order of a court of the United States or on request of an attorney for the

10                  Government, the person in charge of the corrections facility in which defendant

11                  is confined shall deliver the defendant to a United States Marshal for the purpose

12                  of an appearance in connection with a court proceeding; and

13          (4)     The clerk shall direct copies of this Order to counsel for the United States, to

14                  counsel for the defendant, to the United States Marshal, and to the United States

15                  Pretrial Services Officer.

16   DATED this 3rd day of December, 2010.

17

18                                          Mary Alice Theiler
                                            United States Magistrate Judge
19

20

21

22

DETENTION ORDER                                                                    PAGE 3