Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR10-384MJP |
| Plaintiff, | ) ) | ORDER GRANTING UNOPPOSED MOTION TO EXTEND GOVERNMENT'S TIME TO RESPOND TO DEFENDANT'S POST-TRIAL MOTIONS |
| v. | ) ) | |
| ANDRES RENE RODRIGUEZ, | ) ) | |
| Defendant. | ) | |
| _____ | ) | |

It is hereby ORDERED that the Government's Unopposed Motion to Extend the Government's Time to Respond to Defendant Andres Rene Rodriguez's Motion for New Trial on Count Seven (docket no. 98) and Motion for Judgment of Acquittal as to Count Seven (docket no. 99) is GRANTED.  The Government will respond to the motions by March 31, 2011.

IT IS SO ORDERED.

DATED this 24th day of March, 2011.

*[signature]*

Marsha J. Pechman
United States District Judge

Presented by:

*s/Micheal Dion*
MICHAEL DION
Assistant United States Attorney

[PROPOSED] ORDER/Extending Response Deadline
RODRIGUEZ/CR10-384 MJP - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970