THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR10-0384JLR |
| Plaintiff, | ) |
| vs. | ) ORDER GRANTING DEFENDANT'S<br>) EMERGENCY MOTION FOR<br>) RELEASE PENDING DISPOSITION<br>) HEARING |
| ANDRES RODRIGUEZ, | ) |
| Defendant. | ) |

This matter comes on before the above-entitled Court by the defendant's emergency motion for release from custody pending his disposition hearing. Having considered the entirety of the records and files herein, and good cause appearing therefore,

~~IT IS HEREBY ORDERED that Andres Rodriguez be released from custody pending his disposition hearing at 11 am on May 16, 2017. He shall remain on supervised release pending that hearing, shall abide by all conditions of supervised release, shall report to his Probation Officer within 24 hours of release and shall provide Probation with up to date contact information.~~

—OR—

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1   IT IS HEREBY ORDERED that a hearing be scheduled on this motion on

2   May 11ᵗʰ 2017, at 3:00pm before this Court.

3

4   DATED this 10ᵗʰ day of May, 2017.

5

6   _____

7   JAMES L. ROBART
    UNITED STATES DISTRICT JUDGE

8

9

10  Presented by:

11  s/ Michael Filipovic
    Michael Filipovic
12  Federal Public Defender
13  Attorney for Andres Rodriguez

14

15

16

17

18

19

20

21

22

23

24

25

26

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100